B6A (Official Form 6A) (12/07)

In re: **Trent Michael Ramsperger   Denise Jenny Venturelli** ,        Case No. _____

                       **Debtors**                                                   (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Investment property located at 3137 W. rose Garden Lane, Phoenix, AZ** | Community Property | J | $ 100,000.00 | $ 131,000.00 |
| **Investment property located at 5246 W. Banff, Glendale, AZ 85306** | Community Property | J | $ 50,000.00 | $ 204,000.00 |
| **Residential property at 6888 W. Antelope Dr. Peoria, AZ** | Community Property | J | $ 300,000.00 | $ 0.00 |
| **Time Share Los Abragotos - Sedona, AZ** | | C | $ 3,000.00 | $ 0.00 |

                                                  Total   ➤   | $ 453,000.00 |

                                                           (Report also on Summary of Schedules.)

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**          ,          Case No. _____

_____ **Debtors**          _____(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking** | J | 25.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Savings** | J | 25.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **M&I Bank - Checking** | J | 30.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Mid First Bank - Checking** | J | 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **1 guitar** | C | 25.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **3 bicycles** | C | 150.00 |
| Firearms and sports, photographic, and other hobby equipment. | | **camera** | C | 50.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | | |

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**_____,   Case No. _____

Debtors

(If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1994 Chevy S-10 | C | 1,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Acura | C | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

In re  **Trent Michael Ramsperger    Denise Jenny Venturelli** ,          Case No. _____

Debtors                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Desk and file cabinet** | C | **100.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Computer and Printer** | C | **300.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

<u>    2    </u>    continuation sheets attached          Total    ➢    **$  9,730.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Trent Michael Ramsperger   Denise Jenny Venturelli**,    Case No. _____

                                          Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $136,875
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **2005 Acura** | ARS § 33-1125(8) | 8,000.00 | 8,000.00 |
| **3 bicycles** | ARS § 33-1125(1) | 500.00 | 150.00 |
|  | ARS § 33-1123 | 2,500.00 |  |
| **Chase Bank Checking** | ARS § 33-1126(A)(9) | 25.00 | 25.00 |
| **Chase Bank Savings** | ARS § 33-1126(A)(9) | 25.00 | 25.00 |
| **M& I Bank - Checking** | ARS § 33-1126(A)(9) | 30.00 | 30.00 |
| **Residential property at 6888 W. Antelope Dr. Peoria, AZ** | ARS § 33-1101 | 0.00 | 300,000.00 |

B6D (Official Form 6D) (12/07)

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**  Case No. _____
_____
Debtors                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  75834631<br>**Acura Financial Services**<br>P.O. Box 6070<br>Cyprus, CA 90630 | | J | Security Agreement<br>2005 Acura<br><br>VALUE $0.00 | X | | | 9,138.39 | 0.00 |
| ACCOUNT NO. 132753603<br>**Bank of America**<br>P.O. Box 5170<br>Simi Valley, CA 93062<br><br>**Recontrust Company**<br>2380 Performance Dr.<br>Richardson, TX 75082 | | C | Deed of Trust<br><br>VALUE $0.00 | | | | 131,186.51 | 0.00 |
| ACCOUNT NO.  122466813<br>**Bank of America**<br>P.O. Box 5170<br>Simi Valley, CA 93062<br><br>**Recontrust Company**<br>P.O. Box 10284<br>Van Nuys, CA 91410 | | C | Deed of Trust<br><br>VALUE $0.00 | | | | 204,394.00 | 0.00 |
| ACCOUNT NO.  00416010869294<br>**Chase Home Equity**<br>P.O. Box 24714<br>Columbus, Ohio | | C | Deed of Trust<br><br>VALUE $0.00 | | | | 50,000.00 | 0.00 |

1   continuation sheets
    attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $   394,718.90 | $   0.00 |
| $ | $ |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Trent Michael Ramsperger    Denise Jenny Venturelli**,    Case No. _____
                                                                              (If known)

                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                             | | C | Security Agreement | | | | 3,957.63 | 0.00 |
| **Dell Financial Services** **P.O. Box 81577** **Austin, TX 78708** | | | VALUE $0.00 | | | | | |
| ACCOUNT NO.  42577447-00001                             | | C | Deed of Trust | | | | 40,000.00 | 0.00 |
| **M & I Bank** **P.O. Box 3201** **Milwaukee, WI 53201** | | | VALUE $0.00 | | | | | |
| ACCOUNT NO.  65063489571998                            | | C | Second Lien on Residence | | | | 103,000.00 | 0.00 |
| **Wells Fargo Bank** **P.O. Box 4233** **Portland, OR 97208** | | | VALUE $0.00 | | | | | |
| ACCOUNT NO.  01715444898                               | | C | First Lien on Residence | | | | 412,000.00 | 0.00 |
| **Wells Fargo Bank** **P.O. Box 14411** **Des Moines, IA 50306** | | | VALUE $0.00 | | | | | |

Sheet no. _1_ of _1_ continuation
sheets attached to Schedule of
Creditors Holding Secured
Claims

Subtotal ➢
(Total of this page)

Total ➢
(Use only on last page)

| | |
|---|---|
| $    558,957.63 | $    0.00 |
| $    953,676.53 | $    0.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**                      Case No. _____
_____                                              (If known)
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

In re __Trent Michael Ramsperger__  __Denise Jenny Venturelli__,  Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals▶ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➢ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➢ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

In re    **Trent Michael Ramsperger    Denise Jenny Venturelli**                    Case No. _____
                                    _____                                        (If known)
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    1376207822647 <br><br>**Accent 7171** <br>**PO Box 69004** <br>**Onaha, NE 68106** | | J | **Medical** | | | | 131.00 |
| ACCOUNT NO. <br><br>**ADT Security Services** <br>**P.O. Box 371956** <br>**Pittsburgh, PA 15250** | | J | **Security System** | | | | 105.00 |
| ACCOUNT NO.    371548064361008 <br><br>**American Express** <br>**PO Box 981540** <br>**El Paso, TX 79998** | | J | **Credit Card** | | | | 10,518.20 |
| ACCOUNT NO.    371728534512006 <br><br>**American Express** <br>**P.O. Box 981540** <br>**El Paso, TX 79998** <br><br><br>**Collectcorp Corporation** <br>**445 Norrth 3rd Street** <br>**Suite 260** <br>**Phoenix, AZ 85004** | | J | **Credit Card** | | | | 8,375.45 |

<u>10</u>   Continuation sheets attached

Subtotal  ▷  $                    19,129.65

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Trent Michael Ramsperger    Denise Jenny Venturelli**      Case No. _____

                                   **Debtors**                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   371281760193000 <br><br> **American Express** <br> P.O. Box 981540 <br> El Paso, Tx 79998 <br><br><br> **Zwicker & Assoc.** <br> 80 Minuteman Road <br> Andover, MA 01810 | | J | Credit Card | | | | 47,746.90 |
| ACCOUNT NO.   373999612633000 <br><br> **American Express - Optima** <br> P.O. Box  981540 <br> El Paso, Tx 79998 <br><br><br> **American Express** <br> 2015 Vaughan Road <br> Building 400 <br> Kennesaw, GA 30144 | | J | Credit Card | | | | 5,423.00 |
| ACCOUNT NO. <br><br> **Arizona Anesthesia Consultants** <br> PO Box 29619 <br> Phoenix, AZ 85308 <br><br><br> **JB Brother Financial** <br> PO Box 35666 <br> Phoenix, AZ 85069 | | J | Medical | | | | 1,430.00 |
| ACCOUNT NO.   29725 <br><br> **Arizona Oncology Services** <br> 300 W. Clarendon Ave., #350 <br> Phoenix, AZ 85013 | | J | Medical | | | | 448.00 |

Sheet no. _1_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                          Subtotal  ➤  $            55,047.90

                                               Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**　　　　Case No. _____

　　　　　　　　　　　　　　　　　**Debtors**　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br> Arizona Republic <br> PO Box 677595 <br> Dallas, TX 75267 | | J | Advertising | | | | 1,000.00 |
| ACCOUNT NO.  <br> Arrowhead Hospital <br> 18701 N. 67 Avenue <br> Phoenix, AZ 85383 <br><br> Skarecky & HOlder <br> 3130 N. 3rd Avenue <br> Phoenix, AZ 85013 | | J | Medical | | | | 10,556.28 |
| ACCOUNT NO.  675548 <br> AZ Center for Hematology <br> 5750 W. Thunderbird, #C300 <br> Glendale, AZ 85306 <br><br> Scottsdale Collection Services <br> 2501 W. Dunlap, #240 <br> Phoenix, AZ 85021 | | J | Medical | | | | 6,225.04 |
| ACCOUNT NO.  5490330211312332 <br> Bank of America <br> P.O. Box 15026 <br> Wilmington, DE 1985 | | J | Credit Card | | | | 5,926.31 |

Sheet no.  2 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $　　　　　23,707.63

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Trent Michael Ramsperger   Denise Jenny Venturelli**                     Case No. _____
                                            Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4121742305353313 <br><br> **Capital One Bank** <br> P.O. Box 60599 <br> City of Industry, CA | | J | Credit Card | | | | 1,247.26 |
| ACCOUNT NO.  020059783 <br><br> **Central Mortgage Company** <br> 801 John Borrow Road, Suite 1 <br> Little Rock, AK | | J | Foreclosed Mortgage | | | | unknown |
| ACCOUNT NO.  4104140004829124 <br><br> **Chase Cardmember Servi ce** | | J | Credit Card | | | | 105,950.71 |
| ACCOUNT NO.  4266841108823913 <br><br> **Chase Cardmember Service** <br> P.O Box 94014 | | J | Credit Card | | | | 10,613.98 |
| ACCOUNT NO.  5582508622964986 <br><br> **Chase Cardmember Services** <br> PO Box 94014 <br> Palatine, IL 60094 | | J | Credit Card | | | | 24,924.43 |

Sheet no. _3_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $           142,736.38

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Trent Michael Ramsperger    Denise Jenny Venturelli**          Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | Judgment | | | | 1,040.00 |
| Chris Hanson 27557 N. 85th Drive Peoria, AZ 85383 Bellah & Harrian 5622 W. Glendale Ave. Glendale, AZ 85301 | | | | | | | |
| ACCOUNT NO. | | J | Settlement- | | | | 15,000.00 |
| Chris Hanson 27557 N. 85th Avenue Peoria, AZ 85383 Lake & Cobb 1095 W. Rio Salado Parkway Suite 206 Tempe, AZ 85281 | | | | | | | |
| ACCOUNT NO.  80446336 | | J | Medical | | | | 323.23 |
| Cigna PO Box 78137 Phoenix, AZ 85062 | | | | | | | |
| ACCOUNT NO.  CPP-96704 | | J | Medical | | | | 1,081.96 |
| Clin-Path Pathology P.O. Box 42210 Phoenix, AZ 85080 | | | | | | | |

Sheet no.  4  of  10  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                17,445.19

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Trent Michael Ramsperger   Denise Jenny Venturelli**          Case No. _____
_____
                                   Debtors                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   96605 <br> **Desert Ear Nose & Throat** <br> 18700 N. 64th Drive, #312 <br> Glendale, AZ 85308 | | J | Medical | | | | 293.68 |
| ACCOUNT NO.   #242 <br> **DVMA - Odumosu, MD & Boccia DO** <br> 13350 N. 94th Drive, #A101 <br> Peoria, AZ 85381 | | J | Medical | | | | 309.40 |
| ACCOUNT NO. <br> **Emergency Physicians Assoc.** <br> P.O. Box 40850 <br> Mesa, AZ 85013 | | J | Medical | | | | 542.17 |
| ACCOUNT NO. <br> **Greg Davis - Davis Limited** <br> 11111 N. Scottsdale Road, Suite 225 <br> Scottsdale, AZ 85254 | | J | | | | | 14,000.00 |
| ACCOUNT NO.   Vende002 <br> **H&L Medical Specialists** <br> 3014 N. Hayden Road <br> Scottsdale, AZ 85251 | | J | Medical | | | | 105.00 |

Sheet no.  5 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        15,250.25

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Trent Michael Ramsperger    Denise Jenny Venturelli**        Case No. _____
                             Debtors                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 1,100.00 |
| **Integra Telecom** <br> **1201 NE Lloyd Blvd., Ste. 500** <br> **Portland, Or 97232** | | | **Phone System** | | | | |
| ACCOUNT NO. | | J | | | | | 1,430.00 |
| **JB Brothers Financial** <br> **PO Box 35666** <br> **Phoenix, AZ 85069** | | | **Medical** | | | | |
| ACCOUNT NO.   **V0066866976** | | J | | | | | 2,255.00 |
| **John C. Lincoln Hospital** <br> **Patient Financial Services** <br> **250 E. Dunlap Ave.** <br> **Phoenix, AZ 85020** <br><br> **NCO Financial Systems** <br> **PO Box 15630** <br> **Wilmington, DE 19850** | | | **Medical** | | | | |
| ACCOUNT NO. | | J | | | | | 422.00 |
| **Loop 101 Emergency Physicians** <br> **PO Box 7427** <br> **Philadelphia, PA 19101** <br><br> **NCO Financial Systems** <br> **PO Box 15630** <br> **Wilmington, DE 19850** | | | **Medical** | | | | |

Sheet no.  6  of  10  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ▷   $        **5,207.00**

Total  ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re   **Trent Michael Ramsperger   Denise Jenny Venturelli**                    Case No. _____
                              Debtors                                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   35730937<br><br>**M & I Bank**<br>P.O. Box 3201<br>Milwaukee, WI 53201<br><br><br>**Tiffany & Bosco**<br>2525 E. Camelback<br>Phoenix, AZ 85016 | | J | **Deficiency on Judgment** | | | | 149,204.12 |
| ACCOUNT NO.   4470943251529578<br><br>**M & I Bank**<br>P.O. Box 1111<br>Madison, WI 53701 | | J | **Credit Card** | | | | 2,586.59 |
| ACCOUNT NO.   6-875-120<br><br>**Mayo Clinic**<br>13400 E. Shea Blvd.<br><br><br>**Collection Service Bureau**<br>2901 N. 78th St.<br>Scottsdale, AZ 85251 | | J | **Medical** | | | | 218,799.50 |
| ACCOUNT NO.   220417448<br><br>**Medical Diagnostic Imaging**<br>PO Box 27340<br>Phoenix, AZ 85061 | | J | **Medical** | | | | 25.00 |

Sheet no. _7_ of _10_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                370,615.21

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **Trent Michael Ramsperger    Denise Jenny Venturelli**            Case No. _____
_____                                    (If known)
                        **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   389999 <br><br>**Nextcare Urgent Care** <br>**2550 N. Thunderbird Circle, #303** <br>**Mesa, AZ 85215** | | J | | | | | 25.00 |
| ACCOUNT NO.   4067747 <br><br>**Pet Scan AZ** <br>**P.O. Box 27340** <br>**Phoenix, AZ 85061** <br><br>**Bureau of Medical Economics** <br>**326 E. Coronado Rd.** <br>**Phoenix, AZ 85004** | | J | Medical | | | | 3,310.64 |
| ACCOUNT NO.   9125200387-1 <br><br>**Sallie Mae** <br>**PO Box 9500** <br>**Wilkes Barre, PA 18773** | | J | Student Load | | | | 4,832.00 |
| ACCOUNT NO. <br><br>**Sonora Quest Laboratories** <br>**P.O. Box 67150** <br>**Phoenix, AZ 85082** <br><br>**American Medical Collection Agency** <br>**2269 S. Saw Mill River Road** <br>**Bldg 3** <br>**elmsford, NY 10523** | | J | Medical | | | | 250.00 |

Sheet no.  8 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $                          8,417.64

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re   **Trent Michael Ramsperger   Denise Jenny Venturelli**   Case No. _____

Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Spy University** <br> **2931 E. McCarty St.** <br> **Jefferson City, MO 65101** | | J | **Returned Goods** | | | | 54.00 |
| ACCOUNT NO.   1133783 <br><br> **Summit Health Care** <br> **2200 E. Show Lake Road** <br> **Show Low, AZ 85901** | | J | **Medical** | | | | 3,622.68 |
| ACCOUNT NO.   527891645 <br><br> **US Dept of Education** <br> **PO Box 530260** <br> **Atlanta, GA 30350** | | J | **Student Loan** | | | | 4,295.00 |
| ACCOUNT NO.   4264298375013581 <br><br> **Wachovia - FIA Card Services** <br> **P.O. Box 15026** <br> **Wilmington, DE 1985** | | J | **Credit Card** | | | | 12,326.69 |

Sheet no.  9 of 10 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢ $         20,298.37

Total  ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **Trent Michael Ramsperger    Denise Jenny Venturelli**          Case No. _____
_____
                                    **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **WMR 126327** |  | J |  |  |  |  | 120.00 |
| **White Mountain Radiology** **PO Box 591** **Columbus, GA 31902** **Collection Agency of High Country** **PO Box 2140** **Lakeside, AZ 85929** |  |  | Medical |  |  |  |  |

Sheet no.  10  of  10  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        120.00

Total  ➤  $     677,975.22

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: <u>Trent Michael Ramsperger    Denise Jenny Venturelli</u>,    Case No. _____
                        Debtors                                                              (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

In re: **Trent Michael Ramsperger   Denise Jenny Venturelli**   Case No. _____
_____                                (If known)
                    Debtors

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

In re **Trent Michael Ramsperger Denise Jenny Venturelli**      Case No. _____

Debtors          (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Son | 10 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Real Estate Apprair** | **Real Estate Broker** |
| Name of Employer | **Self- Employed** | **High Profile Realty Lake Pleasant, LLC** |
| How long employed | | |
| Address of Employer | | **New Venture Realty** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
|     b. Insurance | $ | 0.00 | $ | 0.00 |
|     c. Union dues | $ | 0.00 | $ | 0.00 |
|     d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 444.44 | $ | 64,532.89 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 444.44 | $ | 64,532.89 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 444.44 | $ | 64,532.89 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 64,977.33 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

In re <u>Trent Michael Ramsperger Denise Jenny Venturelli</u>,      Case No. _____

                        Debtors                                                            (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,614.68 |
|      a. Are real estate taxes included?    Yes _____    No ✓ | | |
|      b. Is property insurance included?    Yes _____    No ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 294.00 |
|            b. Water and sewer | $ | 120.00 |
|            c. Telephone | $ | 286.00 |
|            d. Other **Cable & Internet** | $ | 145.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 600.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 250.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 25.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 0.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 398.69 |
|            d. Auto | $ | 176.73 |
|            e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 62,720.17 |
| 17. Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 67,945.27 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|      a. Average monthly income from Line 15 of Schedule I | $ | 64,977.33 |
|      b. Average monthly expenses from Line 18 above | $ | 67,945.27 |
|      c. Monthly net income (a. minus b.) | $ | -2,967.94 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Trent Michael Ramsperger    Denise Jenny Venturelli**                                   Case No. _____
                                   **Debtors**                                                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**27**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  _10/13/09_                                        Signature:  _____
                                                                                    **Trent Michael Ramsperger**
                                                                                                  Debtor

Date:  _10-13-09_                                        Signature:  _____
                                                                                    **Denise Jenny Venturelli**
                                                                                                  (Joint Debtor, if any)

                                                                    [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT APPLICABLE)

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

In re     **Trent Michael Ramsperger    Denise Jenny Venturelli**       Case No. _____
<br>                        Debtors                                         Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. **1**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Acura Financial Services** | **2005 Acura** |

Property will be *(check one)*:
     ☐ Surrendered      ☑ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☑ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐ Claimed as exempt             ☑ Not claimed as exempt

---

Property No. **2**

| **Creditor's Name:** | **Describe Property Securing Debt:** |
|---|---|
| **Bank of America** | |

Property will be *(check one)*:
     ☑ Surrendered      ☐ Retained

If retaining the property, I intend to *(check at least one)*:
     ☐ Redeem the property
     ☐ Reaffirm the debt
     ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
     ☐ Claimed as exempt             ☑ Not claimed as exempt

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Chase Home Equity** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered        ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No. 5 | |
| --- | --- |
| **Creditor's Name:**<br>**Dell Financial Services** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered        ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**M & I Bank** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☑ Surrendered            ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered            ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

---

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**Wells Fargo Bank** | **Describe Property Securing Debt:** |

Property will be (check one):
- ☐ Surrendered
- ☑ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ YES      ☐ NO |

___0___ continuation sheets attached (if any)

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _10 - 13 - 09_

_____
**Trent Michael Ramsperger**
Signature of Debtor

_____
**Denise Jenny Venturelli**
Signature of Joint Debtor (if any)